# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MAURICE JOHNSON,

        Petitioner,

   v.

GLEN HEINZL, M.D. HSU Physician;
CANDACE WARNER, HSU Unit Manager;
MILDRED PARISE, ICE Examiner;
SHARON ZUNKER, ICE Examiner;
TOM GOZINSKE, CCE; and
AMY SMITH, OOS Examiner,

        Respondents.

## JUDGMENT IN A CIVIL CASE

Case No.: 08-cv-636-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____11/18/08_____
Date